**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Attorneys for Jeffrey E. Brandlin, Receiver

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD VU NGUYEN, A/K/A NGUYEN THANH VU, AND NTV FINANCIAL GROUP, INC.,<br><br>　　　　　　　Defendants,<br><br>and<br><br>MAI DO,<br><br>　　　　　　　Relief Defendant. | Case No. 8:19-cv-01174-SVW-KES<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER, JEFFREY E. BRANDLIN, FOR ORDER:**<br><br>**(1)   APPROVING CLAIM FORMS;**<br><br>**(2)   SETTING CLAIMS BAR DATE; AND**<br><br>**(3)   ESTABLISHING SUMMARY CLAIMS PROCEDURES;**<br><br>[Memorandum of Points and Authorities; Declaration of Jeffrey E. Brandlin submitted concurrently herewith]<br><br>DATE:    March 14, 2022<br>TIME:    1:30 p.m.<br>CTRM:   10A<br>　　　　　350 W. 1st Street<br>　　　　　Los Angeles, CA 90012<br>JUDGE:  Hon. Stephen V. Wilson |

**TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** unless appearances are excused prior to the hearing, on **March 14, 2022, at 1:30 p.m.** in Courtroom 10A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Jeffrey E. Brandlin, the Court-appointed Receiver of NTV Financial Group, Inc. ("NTV Financial"), bank and brokerage accounts through which defendant Richard Nguyen's and NTV Financial's investors funds flowed and property acquired in whole or in part with investor funds (collectively, the "Receivership Entity"), will and hereby does move this Court for an order approving the claims for investors and creditors of the Receivership Entity, setting a claims bar date, and establishing procedures for the submission of and objection to claims.  Investors and creditors do not need to attend the hearing on March 14, 2022, unless they have filed written objection to the relief sought in the Motion.  Please consult with Kyra Andrassy or Michael Simon, counsel for the Receiver, before attending the hearing to make sure it is going forward.

    **PLEASE TAKE FURTHER NOTICE** that any opposition to the relief sought in the Motion must be filed with the Court and served on counsel for the Receiver no later than twenty-one (21) days before the hearing on the Motion.  Failure to timely file a written opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

## SUMMARY OF THE RELIEF BEING SOUGHT

    The Receiver believes it is appropriate to establish a claims procedure at this juncture because it is expected that there will be a distribution from the estate of the Receivership Entity and the claims procedure will provide a

mechanism to determine the scope of the claims against the estate with as much certainty as possible. Upon approval of the investor claim form, the Receiver will mail each investor a letter and the investor claim form with the Receiver's calculation of the net amount that they are owed, the amount they invested as verified by the Receiver based on the available books and records, and the amount, if any, that the books and records reflect the investor received. If investors agree with the Receiver's calculation, then all they need to do is sign the investor claim form and return it to the Receiver. If they disagree with the Receiver's information, then they will have an opportunity to provide documentation that supports their calculation and to return the signed investor claim form with the supporting documentation to the Receiver. Additionally, upon approval of the creditor claim form, the Receiver will mail each creditor a creditor claim form. Creditors will need to complete the creditor claim form and return it to the Receiver.

The Receiver and his team will review the claim forms as they are returned. If the Receiver disagrees with the calculation of a claim by an investor, he will first attempt to informally resolve the dispute. If the dispute cannot be resolved informally, then the Receiver will indicate that there is a dispute requiring judicial resolution in an omnibus motion to approve the recommended treatment of claims and indicate what relief the Receiver believes is appropriate. The investors holding disputed claims will then have an opportunity to object to that requested relief, and the Court will adjudicate any disputes. As to creditors, although the Receiver is likely to later seek an order of this Court subordinating claims of creditors to the claims of investors for equitable reasons, he is not yet seeking that ruling and would first like more information on the realm of creditor claims because the books and records do not reflect substantial creditor claims.

In order to aid the Receiver's efficient administration of the estate, he proposes that investors and creditors be given sixty (60) days from when the Receiver sends out the claim form and notice of the Claims Bar Date to investors and creditors. For investors, the Receiver proposes to provide notice of the Claims Bar Date by mail, on the website he set up for these cases, and by publishing notice of the Claims Bar Date in Vietnamese and English newspapers in Orange County. For creditors, the Receiver proposes to provide notice of the Claims Bar Date by mail, on the website he set up for these cases, and by publishing notice of the Claims Bar Date in a newspaper in Orange County. The Receiver will file a notice of the Claims Bar Date with the Court so that it is part of the record. Any claims not timely received by the Receiver will not be entitled to share in any distribution from the estate.

This Motion is based on this Notice of Motion and Motion, the concurrently submitted Memorandum of Points and Authorities and Declaration of Jeffrey E. Brandlin, and any argument or evidence presented to the Court at any hearing on the Motion.

Respectfully submitted,

DATED:  February 11, 2022         SMILEY WANG-EKVALL, LLP

By:     /s/ Kyra E. Andrassy
Kyra E. Andrassy
Michael L. Simon
Counsel for Jeffrey E. Brandlin, Receiver

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **2/11/2022**, I served true copies of the following document(s) described as

**NOTICE OF MOTION AND MOTION OF RECEIVER, JEFFREY E. BRANDLIN, FOR ORDER: (1) APPROVING CLAIM FORMS; (2) SETTING CLAIMS BAR DATE; AND (3) ESTABLISHING SUMMARY CLAIMS PROCEDURES**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **2/11/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**( ) (BY MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE).** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 11, 2022, at Costa Mesa, California.

/s/ *Lynnette Garrett*
_____
Lynnette Garrett

# SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kyra E Andrassy**
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Kelly Curtis Bowers**
bowersk@sec.gov

**Nathan W. Fransen**
nathan@fmattorney.com,deforest@fmattorney.com

**Robert A Merring**
rmerring@merringlaw.com

**Robert A Merring**
rmerring@merringlaw.com

**Douglas M. Miller**
millerdou@sec.gov,smithjama@sec.gov,longoa@sec.gov,larofiling@sec.gov,irwinma@sec.gov

**Michael Lewis Simon**
msimon@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**BY MAIL:**

Richard Nguyen & Mai Do
12632 Jerome Lane
Garden Grove, CA 92841