# EXHIBIT "1"

**STANDARDIZED FUND ACCOUNTING REPORT for {Name of Fund} - Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period MM/DD/YYYY to MM/DD/YYYY or Final Report Dated MM/DD/YYYY
**7/9/19 - 10/31/21**

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of MM/DD/YYYY): 7/9/19 | | | $643.02 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $456,816.99 | | |
| Line 4 | Interest/Dividend Income | $311,359.11 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | $281,144.32 | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | $1,660.23 | | |
| | **Total Funds Available (Lines 1 – 8):** | | | $1,051,623.67 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $1,750.00 | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | $12,923.08 | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $16,858.46 | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | | | $31,531.54 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | Independent Distribution Consultant (IDC)........... | | | |
| | Distribution Agent............. | | | |
| | Consultants................ | | | |
| | Legal Advisers............... | | | |
| | Tax Advisers.................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | IDC............. | | | |
| | Distribution Agent............. | | | |
| | Consultants................ | | | |
| | Legal Advisers............... | | | |
| | Tax Advisers.................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............ | | | |
| | Claimant Identification............. | | | |
| | Claims Processing............ | | | |
| | Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | $31,531.54 |
| Line 13 | Ending Balance (As of MM/DD/YYYY): 10/31/21 | | | $1,020,092.13 |

1

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT for {Name of Fund} - Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period MM/DD/YYYY to MM/DD/YYYY or Final Report Dated MM/DD/YYYY

7/9/19 - 10/31/21

| | | | | |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | Cash | | $1,020,092.13 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................ | | | |
| |    IDC................................................... | | | |
| |    Distribution Agent.............................. | | | |
| |    Consultants....................................... | | | |
| |    Legal Advisers................................... | | | |
| |    Tax Advisers..................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................ | | | |
| |    IDC................................................... | | | |
| |    Distribution Agent.............................. | | | |
| |    Consultants....................................... | | | |
| |    Legal Advisers................................... | | | |
| |    Tax Advisers..................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan........ | | | |
| |    Claimant Identification....................... | | | |
| |    Claims Processing............................ | | | |
| |    Web Site Maintenance/Call Center..... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period................. | | | |
| Line 18b | # of Claims Received Since Inception of Fund............... | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period...... | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund... | | | |

Receiver:
By: _____/s/ J. Brandlin_____
(signature)
Jeffrey E. Brandlin
(printed name)
President - Brandlin & Associates
(title)
Date: 11-15-21

2

9/08/08