UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:19-cv-01174-SVW-KES                                                Date: March 14, 2022

Title   Securities and Exchange Commission v. Richard Vu Nguyen et al

Present: The Honorable:   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas M. Miller | Attorney for Receiver: Kyra E. Andrassy |
| | Receiver: Jeffrey E. Brandlin |

**Proceedings:  [162] MOTION for Order for (1) Approving Claim Forms; (2) Setting Claims Bar Date; and (3) Establishing Summary Claims Procedures ; with Proof of Service filed by Attorneys for Receiver Jeffrey E Brandlin; [164] First APPLICATION for Attorney Fees filed by Attorneys for Receiver Jeffrey E Brandlin**

Case called.  Attorneys state their appearances.  Hearing held.

The Court grants the motion, and approves the application.

                                                                                        :20
                                                            **Initials of Preparer**       PMC