**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, SBN 207959
kandassy@raineslaw.com
Michael L. Simon, SBN 300822
msimon@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 440-4100
Facsimile: (949) 247-3998

Attorneys for
Jeffrey Brandlin, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD VU NGUYEN, A/K/A NGUYEN THANH VU, AND NTV FINANCIAL GROUP, INC.,<br><br>    Defendants. | Case No.: 8:19-cv-01174-SVW-KES<br><br>Assigned to: Hon. Stephen V. Wilson<br><br>**SUPPLEMENT TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION OF RECEIVER FOR ORDER AUTHORIZING THE RECEIVER TO DISTRIBUTE FUNDS ON HAND AND FOR RELATED RELIEF TO ADVISE COURT OF POTENTIAL ADJUSTMENT TO A CLAIM**<br><br>Date:    April 15, 2024<br>Time:    1:30 p.m.<br>Ctrm:    10A |

10153019.3

**TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Subsequent to the filing of the *Amended Motion of Receiver for Order Authorizing the Receiver to Distribute Funds on Hand and for Related Relief* (the "Motion") and after the deadline for opposition to the Motion, the Receiver was contacted by an investor ("Claimant 75") who objects to the proposed allowance of her claim, Claim 75, in the amount of $49,626, contending instead that it should be $20,000 higher, or $69,626. Upon receipt of Claim 75, the Receiver sent a letter to Claimant 75 requesting additional documents to support her claim. Claimant 75 did not respond to the letter from the Receiver. Further, Claimant 75 did not respond to the first claim allowance and distribution motion filed by the Receiver and did not timely raise this issue after being served with the Motion. Notwithstanding, the Receiver has re-reviewed the bank statements and verified that Claimant 75 is correct that additional funds were received; therefore, the Receiver recommends that Claim 75 be allowed in the higher amount of $69,626, which will decrease the pro rata distribution being made by the Receiver to 43.73% from 44.19%. A claims distribution spreadsheet that incorporates this change is attached as Exhibit "1." However, the Receiver, as an agent of the Court, will defer to the judgment of the Court as to whether to permit the increase in the allowed amount of Claim 75 and the alterations in the proposed distributions.

Dated: April 10, 2024

Respectfully submitted,

RAINES FELDMAN LITTRELL LLP

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Jeffrey Brandlin, Receiver

10153019.3

# EXHIBIT "1"

**CALCULATIONS of DISTRIBUTIONS to INVESTORS (USING the RISING TIDE METHOD)**

Printed on: 4/10/24 10:42 AM

TOTAL AMOUNT to be DISTRIBUTED = $ 716,988
TOTAL PERCENT to be ALLOWED = *43.726%*

| Claim # | Account Number | Investors' Claimed Amounts ||| | | Proposed Distributions ||
|---|---|---|---|---|---|---|---|
| | | Total Deposits | Payouts | Net Invested | Percent of Payout | Percent | Amount |
| | | $ 3,075,200 | $ 1,164,135 | $ 1,911,065 | *37.856%* | | $ 716,988 |
| 1 | 31 | $ 40,000.00 | $ 6,200.00 | $ 33,800.00 | *15.500%* | 43.726% | $ 11,290.48 |
| 2 | 32 | 5,000.00 | 6,290.00 | (1,290.00) | *125.800%* | 0.000% | - |
| 3 | 33 | 5,000.00 | 6,094.00 | (1,094.00) | *121.880%* | 0.000% | - |
| 4 | 34 | 40,000.00 | 40,000.00 | - | *100.000%* | 0.000% | - |
| 5 | 35 | 10,000.00 | 12,188.00 | (2,188.00) | *121.880%* | 0.000% | - |
| 6 | 36 | 15,000.00 | 2,733.00 | 12,267.00 | *18.220%* | 43.726% | 3,825.93 |
| 7 | 37 | 5,000.00 | 5,669.00 | (669.00) | *113.380%* | 0.000% | - |
| 8 | 38 | 5,000.00 | 6,094.00 | (1,094.00) | *121.880%* | 0.000% | - |
| 9 | 39 | 10,000.00 | 10,429.00 | (429.00) | *104.290%* | 0.000% | - |
| 10 | 40 and | 10,000.00 | 1,469.00 | 8,531.00 | *14.690%* | 43.726% | 2,903.62 |
| | **Account No. 125 (CONSOLIDATED)** | | | | | | |
| 11 | 41 | 5,000.00 | 5,008.00 | (8.00) | *100.160%* | 0.000% | - |
| 12 | 42 | 50,000.00 | 4,620.00 | 45,380.00 | *9.240%* | 43.726% | 17,243.10 |
| 13 | 43 | 300,000.00 | 330,262.00 | (30,262.00) | *110.087%* | 0.000% | - |
| 14 | 44 | 20,000.00 | 3,186.00 | 16,814.00 | *15.930%* | 43.726% | 5,559.24 |
| 15 | 45 | 10,000.00 | 5,716.00 | 4,284.00 | *57.160%* | 0.000% | - |
| 16 | 46 | 20,000.00 | 20,453.00 | (453.00) | *102.265%* | 0.000% | - |
| 17 | 47 | 80,000.00 | 6,336.00 | 73,664.00 | *7.920%* | 43.726% | 28,644.96 |
| 18 | 48 | 5,000.00 | 863.00 | 4,137.00 | *17.260%* | 43.726% | 1,323.31 |
| 19 | 49 | 20,000.00 | 21,937.00 | (1,937.00) | *109.685%* | 0.000% | - |
| 20 | 50 | 5,000.00 | 5,759.00 | (759.00) | *115.180%* | 0.000% | - |
| 21 | 51 | 40,000.00 | 3,434.00 | 36,566.00 | *8.585%* | 43.726% | 14,056.48 |
| 22 | 52 | 300,000.00 | 25,280.00 | 274,720.00 | *8.427%* | 43.726% | 105,898.59 |
| 23 | 53 | 20,000.00 | 20,000.00 | - | *100.000%* | 0.000% | - |
| 24 | 54 | 50,000.00 | 2,248.00 | 47,752.00 | *4.496%* | 43.726% | 19,615.10 |
| 25 | 55 | 15,000.00 | 16,200.00 | (1,200.00) | *108.000%* | 0.000% | - |
| 26 | 56 | 5,000.00 | 5,625.00 | (625.00) | *112.500%* | 0.000% | - |
| 27 | 57 | 46,000.00 | 4,015.00 | 41,985.00 | *8.728%* | 43.726% | 16,099.05 |
| 28 | 58 | 10,000.00 | 300.00 | 9,700.00 | *3.000%* | 43.726% | 4,072.62 |
| 29 | 59 | 10,000.00 | 1,215.00 | 8,785.00 | *12.150%* | 43.726% | 3,157.62 |
| 30 | 60 | 5,000.00 | 5,425.00 | (425.00) | *108.500%* | 0.000% | - |
| 31 | 61 | 11,000.00 | 12,232.00 | (1,232.00) | *111.200%* | 0.000% | - |
| 32 | 62 | 30,000.00 | 33,555.00 | (3,555.00) | *111.850%* | 0.000% | - |
| 33 | 63 | 10,000.00 | 10,330.00 | (330.00) | *103.300%* | 0.000% | - |
| 34 | 64 | 10,000.00 | 949.00 | 9,051.00 | *9.490%* | 43.726% | 3,423.62 |
| 35 | 65 | 10,000.00 | 1,170.00 | 8,830.00 | *11.700%* | 43.726% | 3,202.62 |
| 36 | 66 | 40,000.00 | 3,447.00 | 36,553.00 | *8.618%* | 43.726% | 14,043.48 |
| 37 | 67 | 180,000.00 | 94,239.00 | 85,761.00 | *52.355%* | 0.000% | - |
| 38 | 68 | 5,000.00 | 5,570.00 | (570.00) | *111.400%* | 0.000% | - |
| 39 | 69 | 10,000.00 | 10,500.00 | (500.00) | *105.000%* | 0.000% | - |
| 40 | 70 and | 30,000.00 | 21,321.00 | 8,679.00 | *71.070%* | 0.000% | - |
| | **Account No. 116 (CONSOLIDATED)** | | | | | | |
| 41 | 71 | 50,000.00 | 4,662.00 | 45,338.00 | *9.324%* | 43.726% | 17,201.10 |
| 42 | 72 | 20,000.00 | 21,759.00 | (1,759.00) | *108.795%* | 0.000% | - |

| | | Investors' Claimed Amounts | | | | Proposed Distributions | |
|---|---|---|---|---|---|---|---|
| | | **Total** | | Net | Percent | | |
| Claim | Account | Deposits | Payouts | Invested | of Payout | Percent | Amount |
| 43 | 73 | 20,000.00 | 20,000.00 | - | 100.000% | 0.000% | - |
| 44 | 74 | 120,000.00 | 58,205.00 | 61,795.00 | 48.504% | 0.000% | - |
| 45 | 75 | 10,000.00 | 10,145.00 | (145.00) | 101.450% | 0.000% | - |
| 46 | 76 | 40,000.00 | 23,197.00 | 16,803.00 | 57.993% | 0.000% | - |
| 47 | 77 | 20,000.00 | 888.00 | 19,112.00 | 4.440% | 43.726% | 7,857.24 |
| 48 | 78 | 5,000.00 | 200.00 | 4,800.00 | 4.000% | 43.726% | 1,986.31 |
| 49 | 79 | - | 870.00 | (870.00) | n/a | 0.000% | - |
| 50 | 80 | 30,000.00 | 2,167.00 | 27,833.00 | 7.223% | 43.726% | 10,950.86 |
| 51 | 81 | 30,000.00 | 2,479.00 | 27,521.00 | 8.263% | 43.726% | 10,638.86 |
| 52 | 82 and | 40,000.00 | 10,730.00 | 29,270.00 | 26.825% | 43.726% | 6,760.48 |
| | **Account No. 127 (CONSOLIDATED)** | | | | | | |
| 53 | 83 | 20,000.00 | 21,402.00 | (1,402.00) | 107.010% | 0.000% | - |
| 54 | 84 | 17,000.00 | 1,181.00 | 15,819.00 | 6.947% | 43.726% | 6,252.45 |
| 55 | 85 | 10,000.00 | 695.00 | 9,305.00 | 6.950% | 43.726% | 3,677.62 |
| 56 | 86 | 30,000.00 | 2,058.00 | 27,942.00 | 6.860% | 43.726% | 11,059.86 |
| 57 | 87 | 15,000.00 | 968.00 | 14,032.00 | 6.453% | 43.726% | 5,590.93 |
| 58 | 88 | 5,000.00 | 347.00 | 4,653.00 | 6.940% | 43.726% | 1,839.31 |
| 59 | 89 | 40,000.00 | 1,671.00 | 38,329.00 | 4.178% | 43.726% | 15,819.48 |
| 60 | 90 | 250,000.00 | 14,092.00 | 235,908.00 | 5.637% | 43.726% | 95,223.49 |
| 61 | 91 | 20,000.00 | 1,258.00 | 18,742.00 | 6.290% | 43.726% | 7,487.24 |
| 62 | 92 | 35,000.00 | 1,400.00 | 33,600.00 | 4.000% | 43.726% | 13,904.17 |
| 63 | 93 | 20,000.00 | 10,374.00 | 9,626.00 | 51.870% | 0.000% | - |
| 64 | 94 | 20,000.00 | 21,038.00 | (1,038.00) | 105.190% | 0.000% | - |
| 65 | 95 | 5,000.00 | 5,259.00 | (259.00) | 105.180% | 0.000% | - |
| 66 | 96 and | 45,000.00 | 20,000.00 | 25,000.00 | 44.444% | 0.000% | - |
| | **Account No. 104 (CONSOLIDATED)** | | | | | | |
| 67 | 97 | 5,000.00 | 5,202.00 | (202.00) | 104.040% | 0.000% | - |
| 68 | 98 | 10,000.00 | 317.00 | 9,683.00 | 3.170% | 43.726% | 4,055.62 |
| 69 | 99 | 49,000.00 | 1,600.00 | 47,400.00 | 3.265% | 43.726% | 19,825.84 |
| 70 | 100 | 5,000.00 | 200.00 | 4,800.00 | 4.000% | 43.726% | 1,986.31 |
| 71 | 101 | 40,000.00 | 600.00 | 39,400.00 | 1.500% | 43.726% | 16,890.48 |
| 72 | 102 | 10,000.00 | 400.00 | 9,600.00 | 4.000% | 43.726% | 3,972.62 |
| 73 | 103 | 55,000.00 | 1,762.00 | 53,238.00 | 3.204% | 43.726% | 22,287.41 |
| 74 | 104 | SEE (66) ABOVE | | | | | |
| 75 | 105 | 70,000.00 | 374.00 | 69,626.00 | 0.534% | 43.726% | 30,234.34 |
| 76 | 106 | 60,000.00 | 60,000.00 | - | 100.000% | 0.000% | - |
| 77 | 107 | 50,000.00 | 1,452.00 | 48,548.00 | 2.904% | 43.726% | 20,411.10 |
| 78 | 108 | 20,000.00 | 292.00 | 19,708.00 | 1.460% | 43.726% | 8,453.24 |
| 79 | 109 | 10,000.00 | 273.00 | 9,727.00 | 2.730% | 43.726% | 4,099.62 |
| 80 | 110 | 35,000.00 | 722.00 | 34,278.00 | 2.063% | 43.726% | 14,582.17 |
| 81 | 111 | 5,000.00 | 123.00 | 4,877.00 | 2.460% | 43.726% | 2,063.31 |
| 82 | 112 | 20,000.00 | 396.00 | 19,604.00 | 1.980% | 43.726% | 8,349.24 |
| 83 | 113 | 10,000.00 | 106.00 | 9,894.00 | 1.060% | 43.726% | 4,266.62 |
| 84 | 114 | 2,200.00 | 44,545.00 | (42,345.00) | 2024.773% | 0.000% | - |
| 85 | 115 | 25,000.00 | 264.00 | 24,736.00 | 1.056% | 43.726% | 10,667.55 |
| 86 | 116 | SEE (40) ABOVE | | | | | |
| 87 | 117 | 10,000.00 | 79.00 | 9,921.00 | 0.790% | 43.726% | 4,293.62 |
| 88 | 118 | 20,000.00 | 22.00 | 19,978.00 | 0.110% | 43.726% | 8,723.24 |
| 89 | 119 | 10,000.00 | 10,000.00 | - | 100.000% | 0.000% | - |
| 90 | 120 | 10,000.00 | - | 10,000.00 | n/a | 43.726% | 4,372.62 |
| 91 | 121 | 10,000.00 | - | 10,000.00 | n/a | 43.726% | 4,372.62 |

| Claim | Account | Investors' Claimed Amounts ||||| Proposed Distributions ||
|---|---|---|---|---|---|---|---|
| | | Total || Net Invested | Percent of Payout | Percent | Amount |
| | | Deposits | Payouts | | | | |
| 92 | 122 | - | - | - | n/a | 0.000% | - |
| 93 | 123 | 10,000.00 | - | 10,000.00 | n/a | 43.726% | 4,372.62 |
| 94 | 124 | - | - | - | n/a | 0.000% | - |
| 95 | 125 | - | - | - | n/a | 0.000% | - |
| 96 | 126 | - | - | - | n/a | 0.000% | - |
| 97 | 127 | SEE (52) ABOVE | | | | | |
| 98 | 128 | 100,000.00 | - | 100,000.00 | n/a | 43.726% | 43,726.20 |
| 99 | 129 | 10,000.00 | - | 10,000.00 | n/a | 43.726% | 4,372.62 |
| 100 | 130 | - | - | - | n/a | 0.000% | - |
| | Totals | $ 3,075,200 | $ 1,164,135 | $ 1,911,065 | | | $ 716,988 |

| **INVESTORS WITH MORE THAN ONE ACCOUNT THAT REQUIRE CONSOLIDATION** ||||||||
|---|---|---|---|---|---|---|---|
| 10 | 40 | 10,000 | 1,469 | 8,531 | 14.690% | 43.726% | 2,904 |
| 95 | 125 | - | - | - | n/a | 0.000% | - |
| | Totals | $ 10,000 | $ 1,469 | $ 8,531 | 14.690% | 43.726% | $ 2,904 |
| 40 | 70 | 20,000 | 21,260 | (1,260) | 106.300% | 0.000% | - |
| 86 | 116 | 10,000 | 61 | 9,939 | 0.610% | 0.000% | - |
| | Totals | $ 30,000 | $ 21,321 | $ 8,679 | 71.070% | 0.000% | $ - |
| 52 | 82 | 30,000 | 10,730 | 19,270 | 35.767% | 0.000% | - |
| 97 | 127 | 10,000 | - | 10,000 | n/a | 0.000% | - |
| | Totals | $ 40,000 | $ 10,730 | $ 29,270 | 26.825% | 43.726% | $ 6,760 |
| 66 | 96 | 20,000 | 20,000 | - | 100.000% | 0.000% | - |
| 74 | 104 | 25,000 | - | 25,000 | n/a | 0.000% | - |
| | Totals | $ 45,000 | $ 20,000 | $ 25,000 | 44.444% | 0.000% | $ - |

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by Raines Feldman Littrell LLP and its business address is 3200 Park Center Drive, Suite 250, Costa Mesa, California 92626.

On April 10, 2024, I served the following document(s) described as

**SUPPLEMENT TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION OF RECEIVER FOR ORDER AUTHORIZING the RECEIVER TO DISTRIBUTE FUNDS ON HAND AND FOR RELATED RELIEF TO ADVISE COURT OF POTENTIAL ADJUSTMENT TO A CLAIM**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

SEE ATTACHED SERVICE LIST

☒ **BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On April 10, 2024, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

☐ **BY MAIL:** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of Raines Feldman Littrell LLP, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of Raines Feldman Littrell LLP for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☐ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached service list.

☐ **BY OVERNIGHT DELIVERY:** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of Raines Feldman Littrell LLP, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of Raines Feldman Littrell LLP for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **BY FACSIMILE:** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the offices of the addressee(s) in the attached service list.

1 | ☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3 | ☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

4

Executed April 10, 2024 at Costa Mesa, California.

| Ja'Nita Fisher | */s/ Ja'Nita Fisher* |
|---|---|
| Type or Print Name | Signature |

# SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Kyra E Andrassy**
  kandrassy@raineslaw.com,bclark@raineslaw.com,jfisher@raineslaw.com
- **Kelly Curtis Bowers**
  bowersk@sec.gov
- **Nathan W. Fransen**
  nathan@fmattorney.com,deforest@fmattorney.com
- **Robert A Merring**
  rmerring@merringlaw.com
- **Robert A Merring**
  rmerring@merringlaw.com
- **Douglas M. Miller**
  millerdou@sec.gov,larofiling@sec.gov,irwinma@sec.gov
- **Michael Lewis Simon**
  msimon@raineslaw.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com